1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEWAYNE THOMPSON,                          No.  2:24-cv-0554 CKD P

12                Plaintiff,

13         v.                                   ORDER

14   A. LOPEZ, et al.,

15                Defendants.

16

17         Plaintiff, a California prisoner, has filed an action for violation of civil rights pursuant to

18   42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights which took place

19   in Kings County, which is part of the Fresno Division of the United States District Court for the

20   Eastern District of California.  See Local Rule 120(d).

21         Pursuant to Local Rule 120(f), when a civil action has not been commenced in the proper

22   division of the court, the court may, on its own motion, transfer the action to the proper division.

23   Therefore, this action will be transferred to the Fresno Division of the court.

24         Good cause appearing, IT IS HEREBY ORDERED that:

25         1.  This action is transferred to the United States District Court for the Eastern District of

26   California sitting in Fresno; and

27   /////

28   /////

                                              1

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  February 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom0554.22